■ ILIR TOPALLI, Respondent, v ALBERT EINSTEIN COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY et al., Appellants. [882 NYS2d 652]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, Bronx County (Wilma Guzman, J.), entered on or about September 25, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 22, 2009, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Friedman, Nardelli, Buckley and Abdus-Salaam, JJ.